IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03194-LTB-MJW

AHUVA MEYER and
SAUL MEYER,

Plaintiff(s),

v.

KELLY HOWARD,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiffs' Unopposed Motion for Leave to Appear by Telephone (Docket No. 22) is granted.  Christopher C. Fallon, Jr., Esq., may appear by telephone at the Final Pretrial Conference set on January 13, 2016, at 9:00 a.m. Mountain Time by calling (303) 844-2403 at that time.

Date: January 7, 2016