**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-03194-LTB-MJW

AHUVA MEYER and
SAUL MEYER,

       Plaintiffs,

v.

KELLY HOWARD,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion for Leave of Christopher C. Fallon, Jr. To Appear by Telephone for Final Preparation Conference (Doc 34 - filed April 5, 2016) is **GRANTED**. Counsel is directed to contact chambers (303-844-2527) with a land line number where Mr. Fallon can be reached on April 14, 2016.

Dated:   April 6, 2016
_____